# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.                  Kenneth Mark Price              Docket No.          2:11CR00073-001

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Erik Carlson, pretrial services officer, presenting an official report upon the conduct of defendant Kenneth Mark Price, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno, sitting in the court at Spokane, Washington, on the 29th day of August 2011, under the following conditions:

**Condition #1:** Defendant shall not commit any offense in violation of Federal, state or local law. Defendant shall advise the supervising pretrial services officer and defense counsel within 1 business day of any charge, arrest, or contact with law enforcement.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant has been charged with new law violations.

**Violation #2:** The defendant failed to notify his supervising U.S. Probation officer of law enforcement contact and pending charges.

PRAYING THAT THE COURT WILL ORDER A WARRANT OR SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     04/11/2012

by     s/Erik Carlson

Erik Carlson
U.S. Probation Officer

THE COURT ORDERS

[  ]     No Action
[  ]     The Issuance of a Warrant
[X]     The Issuance of a Summons
[  ]     Other

S/ CYNTHIA IMBROGNO

Signature of Judicial Officer

4/11/12

Date